**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

United States of America,

                                                    Plaintiff,

vs.

Carrie Williford,

                                                    Defendant(s).

Case No.:    25-mj-00705-MTS
Date:        8/19/2025
Court Time: 2:04pm-2:09pm

**MINUTE SHEET – DETENTION AND/OR**
**PRELIMINARY HEARING**

Mark T. Steele, U.S. Magistrate Judge          L. Tiefenthaler, Deputy Clerk                    Courtroom 5

Interpreter: _____ ☐ Sworn

Counsel for Plaintiff:    Adam McConney_____

Counsel for Defendant: Christina Hunt_____    FPD____

Case called for:      ☒ Detention Hearing,    ☒ Preliminary Hearing;

☒ Defendant appears in custody with counsel;

Defendant waives:    ☒ Preliminary Hearing ☐ Detention Hearing, waiver(s) executed;

☒ Government withdraws their Motion for Detention # __3_____;

☐ Defense counsel stipulates there is probable cause;

☐ Proffer(s) made;

☐ Witness(es) sworn and testimony given;

☐ Arguments heard;

☐ Court Finds Probable Cause;

Motion for Detention (Dkt # 3    ):    ☐ granted, ☐ denied, ☒ moot;

☐ Court finds there are conditions which defendant can be released; Defendant ordered released;

☒ Bond set at   $10,000_____ Bond and Conditions of Release executed;

☐ Defendant detained and remanded to custody of U.S. Marshal,    ☐ Detention Order to be entered;

☐ Exhibit(s) returned to counsel.

Additional Minutes:

_____

_____

Government's Witnesses:                               Defendant's Witnesses:

_____                     _____

_____                     _____

_____                     _____

Government's Exhibits:                                 Defendant's Exhibits:

_____                     _____

_____                     _____

_____                     _____