# United States District Court for
## The Northern District of Oklahoma

### Request for Order Modifying the Conditions of Pretrial Release
### With Consent of the Defendant
(Probation Form 42, Consent to Modify Conditions of Release)

| | | | |
|---|---|---|---|
| Name of Defendant: | Carrie Williford | Case Number: | 25-MJ-705-MTS |

Name of Judicial Officer:    Honorable Mark T. Steele

Date of Jury Trial:    Not Applicable

Offense Charged:    Attempted Possession of Methamphetamine with Intent to Distribute; 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii)

Use of a Communication Facility in Committing, Causing, and Facilitating the Commission of a Drug Trafficking Felony; 21 U.S.C. § 843(b) and 843(d)(1)

Type of Supervision:    Pretrial Supervision    Date Supervision Commenced:    August 19, 2025

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

Successfully participate in a program of treatment (to include inpatient if necessary) for drug and alcohol abuse, as directed by the United States Probation Office.

## CAUSE

On August 25, and August 28, 2025, the defendant submitted positive urine specimens for amphetamines. The test submitted on August 25th was diluted and confirmed by the national drug lab for methamphetamine. When addressed with the defendant, she admitted recent methamphetamine use. The defendant expressed a desire to participate in drug treatment.

The defendant agreed to said modification and executed a Consent to Modify Conditions of Release as set forth herein. A record check revealed no new arrests since the onset of supervision.

Respectfully Submitted,

*by s/ Emily Cervini*
United States Probation Officer
Date: September 9, 2025

Approved:

*s/ Cara Brown, Supervisory*
United States Probation Officer

---

THE COURT ORDERS:

☐  No action.
☒ The modification of conditions as noted above.
☐ Other:

Mark T. Steele,
United States Magistrate Judge

09/11/2025
Date:  September 11, 2025