## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                      Plaintiff,

vs.

Carrie Williford,

                    Defendant(s).

Case No.: 25-cr-343-JDR
Date: 9/22/2025
Court Time: 2:00 p.m.

**MINUTE SHEET – ARRAIGNMENT**

Christine D. Little, U.S. Magistrate Judge      T. Calico, Deputy Clerk      Magistrate Courtroom 1

Counsel for Plaintiff: Adam David McConney

Counsel for Defendant: _Shena Burgess_ , CJA

Interpreter: _____    ☐ sworn

Defendant appears in person for Arraignment on:  ☒ Indictment;  ☐ Information;    ☐ Complaint;

                           ☒ with Counsel;  ☐ Counsel waived;    ☐ w/o Counsel;

☒ Defendant acknowledges receipt of Indictment      Indictment:  ☐ Read;  ☒ Reading waived;

☒ Defendant advised of charge;

☒ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name

☐ Defendant stated their true and correct name is:

_____  _____  _____  _____

First/Fore-/Given Name(s)      Middle Name(s)      Last/Sur-/Family Name(s)      Suffix

☐ Government requested; and    ☐ Court ordered:

      ☐ Defendant's name be added as an a/k/a

      ☐ Defendant's name be corrected by interlineation to reflect the same

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea    ☒ Schedule to be entered;

Defendant waives:  ☐ Indictment;  ☐ Detention Hearing;  ☐ Separate Representation  ☐ Waivers approved by Court;

☐ Arraignment continued to: _____ at _____

☐ Detention Hearing scheduled: _____ at _____

☒ Defendant allowed to stand on present bond;    ☐ Government stipulates, findings made

☐ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____

_____

_____

_____

_____