# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

Plaintiff,

vs.

Carrie Williford,

Defendant(s).

Case No.:  25-cr-343-JDR
Date:  9/24/2025
Court Time:  10:44 a.m. – 10:55 a.m.

**MINUTE SHEET – STATUS/SCHEDULING CONF**

John D. Russell, U.S. District Judge       C. Butler, Deputy Clerk       Jennifer Golemboski,       CR 1
                                                                          Reporter

Counsel for Plaintiff:   Adam McConney
Counsel for Defendant:  Shena Burgess                        , Appt

**MINUTES**:  Case called for status/scheduling conference.  Defendant present and released on conditions. The Court and the parties discussed the scope and status of discovery.  Discovery contains around 300 pages of reports, photos and search warrants.  There are also body cam recordings and audio recordings.  The discovery was produced to previous counsel and produced again via email.  Discovery is complete absent a recent search warrant.

After discussion with counsel, the following deadlines were set:

| | |
|---|---|
| **Discovery:** | **10/1/25** |
| **Notices:** | **10/2/25; Rebuttal notices – N/A** |
| **Motions:** | **10/7/25** |
| **Motion Hearing:** | **10/16/25 at 9:30 a.m.** |
| **Jury Trial:** | **11/10/25 at 9:00 a.m.** |

Additionally, the parties should become familiar with the Individual Rules of Practice for Criminal Cases, found on the chambers web page.

Defendant remains released on conditions.